JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIGOR AMALYAN,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, Warden, Adelanto West ICE Processing Center, et al.<br><br>Respondents. | Case No. 5:26-cv-02204 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied.

DATED: October 14, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge